**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGG L. BARNES, | )<br>) |
| Plaintiff, | )  Case No. 2:07-cv-02299-KJD-PAL<br>) |
| vs. | )  **ORDER**<br>) |
| ARNOLD SCHWARZENEGGER, et al., | )<br>) |
| Defendants. | ) |

Currently before the Court is Plaintiff Gregg L. Barnes' Motion to Reopen Time to Appeal (#56). Upon review of the Motion, good cause appearing, the Court hereby grants Plaintiff's Motion pursuant to Fed. R. App. P. 4(a)(6). The time in which Plaintiff may file an appeal of this Court's entry of Judgment (#52) is reopened for a period of 14 days.

**IT IS SO ORDERED**.

DATED this 13th day of August 2010.

_____
Kent J. Dawson
United States District Judge